UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James R. Booker,	Civil No. 08-5346 (PAM/SRN)

    Plaintiff,

v.	**ORDER**

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

This matter comes before the Court on the Amended Report and Recommendation ("R&R") of Magistrate Judge Susan Richard Nelson dated June 8, 2009. In the R&R, Magistrate Judge Nelson recommended that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. No objections to the R&R have been filed in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 20) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Docket No. 8) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Docket No. 12) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, June 30, 2009

                                            *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Judge